UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE THOMAS,<br><br>          Plaintiff,<br><br>     v.<br><br>ENCINAS, et al.,<br><br>          Defendants. | Case No. 1:21-cv-01321 JLT BAK (BAM)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING DISMISSAL OF ACTION FOR FAILURE TO PROSECUTE<br><br>(Doc. 12) |

Andre Thomas is a former inmate proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On April 26, 2022, the assigned magistrate judge found Plaintiff failed to prosecute the action and failed to keep the Court informed of his current mailing address as required by Local Rule 183(b). (Doc. 12.) Therefore, the magistrate judge recommended the action be dismissed without prejudice. (*Id.* at 3.)

Plaintiff was granted fourteen days to file any objections to the Findings and Recommendations (Doc. 12 at 3), which were served at the last known address by the Court. To date, Plaintiff has neither filed objections to the Findings and Recommendations nor filed a notice of change of address.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court conducted a *de novo* review of this case. Having carefully reviewed the file, the Court concludes the findings and recommendations to be supported by the record and proper analysis.

Accordingly, the Court **ORDERS**:

1. The Findings and Recommendations issued on April 26, 2022 (Doc. 12) are adopted in full.
2. The action is **DISMISSED** without prejudice.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: __**May 19, 2022**__

*Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE

2